NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Alvarado Mercado,<br><br>Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.<br><br>Respondents. | No. CV-23-00614-PHX-SRB(MTM)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on April 11, 2023 raising three grounds for relief. In Ground One, Petitioner asserts that he demonstrated to his attorney that the State had "manipulated material facts" and obtained an illegal, coerced confession, and Petitioner had not obtained discovery before he entered into a "manipulated plea," in violation of his Fourth, Fifth, Sixth, Eighth, Ninth, and Fourteenth Amendment rights. In Ground Two, Petitioner contends he received ineffective assistance of counsel. In Ground Three, Petitioner claims the State used an illegally obtained coerced confession in its presentation to the grand jury, which resulted in a true bill for which there was no probable cause. (Doc. 16, Report and Recommendation ("R&R") at 3). Respondents filed their Limited Answer Petitioner's Petition for Writ of Habeas Corpus on May 25, 2023. No reply was filed. On September 28, 2023, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such

objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 16)

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice. (Doc. 1)

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not demonstrated that reasonable jurists could find the ruling debatable.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 24th day of October, 2023.

Susan R. Bolton
United States District Judge